ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
KATHRYN C. NEWMAN
Nevada Bar No.  13733
kathr,,, newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Levi Strauss & Co.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| KEMCHIEA WILLIAMS, | Case No.:  2:23-cv-01850-CDS-~~EN~~ EJY |
| Plaintiff | **STIPULATION AND ORDER TO CONTINUE DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS** |
| vs. | |
| LEVI STRAUSS & CO., | **[ECF NO. 17]** |
| Defendant | **(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b) (1) (A) and Local Rule IA 6-1, Defendant Levi Strauss & Co. ("Defendant") and Plaintiff Kemchiea Williams ("Plaintiff'), by and through undersigned counsel, hereby submit this Stipulation and Order to continue the time within which the Defendant must file its Reply to Defendant's Motion to Dismiss (ECF No. 8), which was filed on December 28, 2024, from January 23, 2024, through January 25, 2024. There is no hearing set on this motion. This is the first request for a continuance of time within which to file a reply brief.

In support of the stipulation and request for a continuance, the parties state as follows:

1.   Defendant filed its Motion to Dismiss on December 28, 2023. (ECF No. 8.)

2.   Plaintiff filed her Response in Opposition to the Motion on January 16, 2024. (ECF No. 11.)

/ / /

- 1 -

3.      As a result of other case demands, it became necessary to reassign the case to a different lead counsel within Ogletree Deakins in mid-January. New counsel for Defendant filed her appearance on January 22, 2024. (ECF No. 14.)

4.      The additional two-days is requested to allow new counsel to familiarize herself with the file and the arguments made in support of the Motion to Dismiss while drafting the Reply in Support of the Motion to Dismiss.

5.      Plaintiff has no objection to the request for a brief continuance.

For the foregoing reasons and good cause appearing, the parties respectfully request the Court grant a brief continuance of the time within which Defendant must file its Reply to Motion to Dismiss from January 23, 2024 to January 25, 2024.

DATED this 23rd day of January, 2024.

RAFII & ASSOCIATES, P.C.

/s/ Jason Kuller
JASON KULLER
Nevada Bar No. 12244
1120 N. Town Center Dr., Suite 130
Las Vegas, NV 89144

*Attorney for Plaintiff*

DATED this 23rd day of January, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kathryn C. Newman
ANTHONY L. MARTIN
Nevada Bar No. 8177
KATHRYN C. NEWMAN
Nevada Bar No. 13733
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant Levi Strauss & Co.*

**ORDER**

IT IS SO ORDERED, nunc pro tunc,

_____
UNITED STATES DISTRICT JUDGE

January 24, 2024
DATE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800