ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletree.com
KATHRYN C. NEWMAN
Nevada Bar No. 13733
knewman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Levi Strauss & Co.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEMCHIEA WILLIAMS,<br><br>           Plaintiff<br><br>      vs.<br><br>LEVI STRAUSS & CO.,<br><br>           Defendant | Case No.:  2:23-cv-01850-CDS-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL OF CASE, WITH PREJUDICE** |

Defendant Levi Strauss & Co. ("Defendant"), by and through undersigned counsel, and Plaintiff Kemchiea Williams ("Plaintiff"), by and through undersigned counsel, hereby stipulate that all claims Plaintiff had or may have had against Defendant that are contained in, are reasonably related to or could have been brought in the above-captioned action,  are  hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

. . .

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 15th day of April, 2024. | DATED this 15th day of April, 2024. |
| RAFII & ASSOCIATES, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Jason Kuller* | /s/ *Kathryn C. Newman* |
| JASON KULLER | ANTHONY L. MARTIN |
| Nevada Bar No. 12244 | Nevada Bar No. 8177 |
| 1120 N. Town Center Dr., Suite 130 | KATHRYN C. NEWMAN |
| Las Vegas, NV 89144 | Nevada Bar No. 13733 |
| | 10801 W. Charleston Blvd., Suite 500 |
| *Attorney for Plaintiff* | Las Vegas, NV 89135 |
| | *Attorneys for Defendant Levi Strauss & Co.* |

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:   April 18, 2024